**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 3 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. **07 – CV – 01541** *BnB*

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

WILLIE DEE HAYWARD, JR.,

     Plaintiff,

v.

DEN. PUBLIC DEFENDER'S OFFICE,
DEN. DISTRICT ATTORNEYS OFFICE,
ALTERNATIVE DEFENSE COUNSL [sic],
TONE T. SCHAUER,
DEN. POLICE DEPARTMENT, DETECTIVE PETER PALOMBI,
COLORADO DEPARTMENT OF CORRECTIONS,
JUDGE SHELIA RAPPAPORT,
STEPHAN FLAVIN, ESQ,
KATHLEEN O'BRIEN, ESQ,
DEPARTMENT OF CORRECTION PAROLE OFFICER, SHEILA MAAQ,
DEPT. OF CORRECTIONS PAROLE OFFICER, SCOTT SMITH, and
MITCHELL MORRISSEY, State District Attorney,

     Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, Prisoner Complaint, and a Motion for Leave to Proceed

In Forma Pauperis and Affidavit of Indigency. As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Plaintiff will be directed to cure the

Dockets.Justia.com

following if he wishes to pursue his claims.  Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    X     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding his filing (Account statement submitted is not certified by a prison official.)
(4)    ___    is missing required financial information
(5)    ___    is missing an original signature by the prisoner
(6)    ___    is not on proper form (must use the court's current form)
(7)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)    ___    An original and a copy have not been received by the court. Only an original has been received.
(9)    ___    other _____

**Complaint, Petition or Application:**
(10)   ___    is not submitted
(11)   ___    is not on proper form (must use the court's current form)
(12)   ___    is missing an original signature by the prisoner
(13)   ___    is missing page nos. ___
(14)   ___    uses et al. instead of listing all parties in caption
(15)   ___    An original and a copy have not been received by the court.  Only an original has been received.
(16)   ___    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   X     names in caption do not match names in text
(18)   ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff, together

with a copy of this order, two copies of the following form: Prisoner Complaint.   It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _____ day of _____, 2007.

BY THE COURT:


_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. **07 - CV - 01541**

Willie Dee Hayward, Jr.
Prisoner No. 1431312
Denver County Jail
PO Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on_____7/23/07_____

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk